UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | ED CV 15-0381 MWF (RAO) | Date: | August 20, 2015 |
| Title: | Calvin Edward Price v. Warden | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO KEEP COURT APPRISED OF ADDRESS**

On March 16, 2015, the Court issued an Order Requiring Response to Petition. Dkt. No. 3. Paragraph 12 of that order requires Petitioner to "immediately notify the Court and counsel for Respondent of any change of Petitioner's address" and states that, "[i]f Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute. See also Local Rule 41-6." *Id.* at ¶ 12.

Local Rule 41-6 states as follows:

> A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address…. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

On May 12, 2015, the Clerk delivered notice, by First Class U.S. Mail or by other means, of the electronic filing of Document Number 8 to petitioner Calvin Edward Price ("Petitioner") at his address of record. Dkt. No. 8. On June 4, 2015, that notice was returned undelivered by the Postal Service. Dkt. No. 9.

In light of the foregoing, **IT IS ORDERED** that Petitioner shall have until **September 3, 2015** to show cause why this case should not be dismissed for failure to keep the Court apprised of his current address and for failure to prosecute.

|   |   :   |
|---|---|
| | Initials of Preparer    gr |