```
                                            FILED
                                   CLERK, U.S. DISTRICT COURT

                                          11/30/2015

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY:        CW         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN EDWARD PRICE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. EDCV 15-00381 MWF (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

DATED: November 30, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE