JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

11/30/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN EDWARD PRICE, | **Case No. EDCV 15-00381 MWF (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: November 30, 2015

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE